UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA

In Re: §
 §
CLARK, KIM M. § Case No. 18-00218
 §
 Debtor §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

SHERYL L. SCHNITTJER, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 0.00<br>*(Without deducting any secured claims)* | Assets Exempt: 60,965.00 |
| Total Distributions to Claimants: 10,082.46 | Claims Discharged<br>Without Payment: 12,010.81 |
| Total Expenses of Administration: 2,261.61 | |

3) Total gross receipts of $ 12,344.07 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $ 12,344.07 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 2,261.61 | 2,261.61 | 2,261.61 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 38,000.00 | 22,093.27 | 22,093.27 | 10,082.46 |
| **TOTAL DISBURSEMENTS** | $ 38,000.00 | $ 24,354.88 | $ 24,354.88 | $ 12,344.07 |

4) This case was originally filed under chapter 7 on 03/01/2018 . The case was pending for 14 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/23/2019　　　　By:/s/SHERYL L. SCHNITTJER, TRUSTEE
　　　　　　　　　　　　　　　　　Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| LIFE INSURANCE PROCEEDS | 1290-000 | 12,344.07 |
| **TOTAL GROSS RECEIPTS** | | **$ 12,344.07** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| **TOTAL SECURED CLAIMS** | | | **$ NA** | **$ NA** | **$ NA** | **$ NA** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TRUSTEE COMPENSATION:SHERYL L. SCHNITTJER | 2100-000 | NA | 1,984.41 | 1,984.41 | 1,984.41 |
| TRUSTEE EXPENSES:SHERYL L. SCHNITTJER | 2200-000 | NA | 3.00 | 3.00 | 3.00 |
| ASSOCIATED BANK | 2600-000 | NA | 14.20 | 14.20 | 14.20 |
| CLERK, U.S. BANKRUPTCY COURT | 2700-000 | NA | 260.00 | 260.00 | 260.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 2,261.61 | $ 2,261.61 | $ 2,261.61 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA: NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Martin Clark 17193 37th Street Maquoketa, IA 52060 | | 0.00 | NA | NA | 0.00 |
| 000001 | SBA | 7200-000 | 38,000.00 | 22,093.27 | 22,093.27 | 10,082.46 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 38,000.00 | $ 22,093.27 | $ 22,093.27 | $ 10,082.46 |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit 8

| | | |
|---|---|---|
| Case No: | 18-00218 TJC Judge: THAD J. COLLINS | Trustee Name: SHERYL L. SCHNITTJER, TRUSTEE |
| Case Name: | CLARK, KIM M. | Date Filed (f) or Converted (c): 03/01/18 (f) |
| | | 341(a) Meeting Date: 04/16/18 |
| For Period Ending: | 03/07/19 | Claims Bar Date: 01/09/19 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 2003 FORD TAURUS<br>2003 Ford Taurus | 2,000.00 | 0.00 | | 0.00 | FA |
| 2. MISC HOUSEHOLD FURNITURE AND FURNISHINGS<br>Misc household furniture and furnishings | 1,500.00 | 0.00 | | 0.00 | FA |
| 3. CLOTHES<br>Clothes | 100.00 | 0.00 | | 0.00 | FA |
| 4. MISC JEWELRY<br>Misc jewelry | 20.00 | 0.00 | | 0.00 | FA |
| 5. 2 DOGS<br>2 dogs | 0.00 | 0.00 | | 0.00 | FA |
| 6. MAQUOKETA STATE BANK ACCT 9698<br>Maquoketa State Bank Acct 9698 | 900.00 | 0.00 | | 0.00 | FA |
| 7. IPERS<br>IPERS | 50,000.00 | 0.00 | | 0.00 | FA |
| 8. ACCRUED WAGES AND TAX REFUND<br>Accrued wages and tax refund | 1,000.00 | 0.00 | | 0.00 | FA |
| 9. CHILD SUPPORT PAYMENTS FROM EX HUSBAND MARTIN CLAR<br>Child Support Payments from ex husband Martin Clark (delinquent $30000.00) | 645.00 | 0.00 | | 0.00 | FA |
| 10. EARNED INCOME CREDIT AND CHILD TAX CREDIT<br>Earned Income Credit and Child Tax Credit | 4,800.00 | 0.00 | | 0.00 | FA |
| 11. LIFE INSURANCE C/O TRANS AMERICA; TERM ONLY; MOTHE<br>Life Insurance c/o Trans America; Term Only; Mother is beneficiary | 0.00 | 0.00 | | 0.00 | FA |
| 12. LIFE INSURANCE C/O ISSDA; TERM ONLY; MOTHER IS BEN<br>Life Insurance c/o ISSDA; Term Only; Mother is beneficiary | 0.00 | 0.00 | | 0.00 | FA |

LFORM1

Ver: 22.00

**UST Form 101-7-TDR (10/1/2010)** *(Page: 6)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit 8

| Case No: | 18-00218   TJC   Judge: THAD J. COLLINS | Trustee Name: | SHERYL L. SCHNITTJER, TRUSTEE |
|---|---|---|---|
| Case Name: | CLARK, KIM M. | Date Filed (f) or Converted (c): | 03/01/18 (f) |
| | | 341(a) Meeting Date: | 04/16/18 |
| | | Claims Bar Date: | 01/09/19 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 13. LIFE INSURANCE PROCEEDS (u) | Unknown | 1.00 | | 12,344.07 | FA |

TOTALS (Excluding Unknown Values)    $60,965.00    $1.00    $12,344.07    Gross Value of Remaining Assets $0.00
(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 02/28/19    Current Projected Date of Final Report (TFR): 03/20/19

LFORM1    Ver: 22.00
**UST Form 101-7-TDR (10/1/2010)** *(Page: 7)*

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit 9

| Case No: | 18-00218 -TJC | | Trustee Name: | SHERYL L. SCHNITTJER, TRUSTEE |
|---|---|---|---|---|
| Case Name: | CLARK, KIM M. | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******1204  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******5582 | | | |
| For Period Ending: | 04/23/19 | | Blanket Bond (per case limit): | $ 19,324,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/05/19 | 13 | NEW YORK LIFE INSURANCE COMPANY | LIFE INSURANCE PROCEEDS | 1290-000 | 12,344.07 | | 12,344.07 |
| 02/07/19 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.20 | 12,329.87 |
| 04/11/19 | 100001 | SHERYL L. SCHNITTJER<br>24695 207th Ave.<br>DELHI, IA  52223 | Chapter 7 Compensation/Expense | | | 1,987.41 | 10,342.46 |
| | | | Fees          1,984.41 | 2100-000 | | | |
| | | | Expenses           3.00 | 2200-000 | | | |
| 04/11/19 | 100002 | CLERK, U.S. BANKRUPTCY COURT<br>NORTHERN DISTRICT OF IOWA<br>111 7th AVE. SE, BOX 15<br>CEDAR RAPIDS, IA  52401-2101 | Clerk of the Courts Costs (includes | 2700-000 | | 260.00 | 10,082.46 |
| 04/11/19 | 100003 | SBA DENVER FINANCE CENTER<br>721 19TH STREET<br>DENVER, CO  80202 | Claim 000001, Payment 45.63589% | 7200-000 | | 10,082.46 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 12,344.07 | 12,344.07 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 12,344.07 | 12,344.07 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 12,344.07 | 12,344.07 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account (Non-Interest Earn - ********1204 | 12,344.07 | 12,344.07 | 0.00 |
| | 12,344.07 | 12,344.07 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals   12,344.07   12,344.07

Ver: 22.01a

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: | 18-00218 -TJC |
| Case Name: | CLARK, KIM M. |
| Taxpayer ID No: | *******5582 |
| For Period Ending: | 04/23/19 |

| | |
|---|---|
| Trustee Name: | SHERYL L. SCHNITTJER, TRUSTEE |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******1204  Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 19,324,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Checking Account (Non-Interest Earn - *******1204

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | Page Subtotals | | 0.00 | 0.00 | |

Ver: 22.01a

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 9)*